Opinion issued July 6, 2021



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00222-CV

———————————

## IN THE ESTATE OF F.J. LEONARDS, DECEASED

---

**On Appeal from the County Court**
**Chambers County, Texas**
**Trial Court Case No. P03986A**

---

## MEMORANDUM OPINION

Appellants W.J. "Billy" Devillier and Paula Winzer, independent co-executors of the estate of F.J. Leonards, seek to appeal from a pretrial order on will construction issues.

## Background

The underlying litigation involves the construction of a will. On February 24, 2020, the trial court issued rulings in a "Pretrial Order on Will Construction Issues; Exculpatory Clause" and a "Pretrial Order on Will Construction Issues: Remainder Beneficiaries." On February 26, 2020, the trial court issued a "Pretrial Order Declaring the Devisees and Shares." The trial court entered an "Order Permitting an Accelerated Appeal" of the February orders on March 5, 2020. Subsequently, on March 12, 2020, the Court issued an Amended Order on Will Construction Issues superseding its prior pretrial orders and permitting accelerated appeal of its amended order.

This Court has jurisdiction only over appeals from final judgments and those interlocutory orders specifically authorized by statute. *See Bison Bldg. Materials, Ltd. v. Aldridge*, 422 S.W.3d 582, 585 (Tex. 2012); *CMH Homes v. Perez*, 340 S.W.3d 444, 447–48 (Tex. 2011); *see also* TEX. CIV. PRAC. & REM. CODE § 51.014 (authorizing appeals from certain interlocutory orders). The March 12, 2020 amended order is interlocutory and not subject to interlocutory appeal under the Civil Practice and Remedies Code.

Accordingly, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).  We dismiss all other pending motions as moot.[1]

**PER CURIAM**

Panel consists of Justices Landau, Rivas-Molloy, and Farris.

---

[1] This appeal apparently was intended to be filed as part of a petition for permissive appeal filed in this Court as Cause No. 01-20-00223-CV on March 16, 2020.  This Court denied appellants' petition for permissive appeal on October 1, 2020.  After being notified that the present appeal was subject to dismissal for want of jurisdiction, appellants filed a "Joint Response to Court's Inquiry About Jurisdiction," requesting that we revisit our prior decision dismissing their permissive appeal in Cause No. 01-20-00223-CV, as part of this appeal. We decline to do so.